

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

FRANK JOHNS,

    Plaintiff,                                    Civil No. 04-1623-AA

JO ANNE B. BARNHART,                  ORDER
Commissioner of Social Security,

    Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,500.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. No costs or expenses are awarded in connection with this matter.

DATED this ___ day of November, 2005.

                               _____
                               UNITED STATES DISTRICT JUDGE/MAGISTRATE

Presented by:

_Phyllis Burke_    11/18/05
PHYLLIS BURKE, OSB #81459     Date
(503) 460-3200
Attorney for Plaintiff Johns

ORDER